HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
CARR A. TEKOSKY, Deputy City Attorney (SBN 293767)
JOSEPH S. PERSOFF, Deputy City Attorney (SBN 307986)
200 North Main Street, Room 675
Los Angeles, California 90012
Tel: (213) 978-7560
Fax: (213) 978-7011
E-mail: joseph.persoff@lacity.org; carr.tekosky@lacity.org

*Attorneys for Defendants*
**CITY OF LOS ANGELES, et al.**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THESE PONIES ARE MISERABLE, an unincorporated association, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants.<br>_____ | **CASE NO.:** 2:23-cv-8330<br>Related to Case No.: 2:21-cv-09653<br><br>**DEFENDANTS' NOTICE OF MOTION FOR SANCTIONS DUE TO PLAINTIFFS' SPOLIATION OF EVIDENCE**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Declaration of Joseph Persoff; Stipulation re: Signal Chat; and [Proposed] Order]<br><br>Hearing<br>Date: October 2, 2025<br>Time: 10:00 a.m.<br>Courtroom 5B |

**DEFENDANTS' NOTICE OF MOTION FOR SANCTIONS DUE TO PLAINTIFFS' SPOLIATION OF EVIDENCE**

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE THAT** on October 2, 2025, at 10:00 a.m. in Courtroom 5B of the United States District Court for the Central District of California – Western Division, located at 350 W. 1st Street, 5th Floor, Los Angeles, CA, 90012, before the Honorable Hernán D. Vera, Defendants City of Los Angeles, Joe Losorelli, Patrick Joyce, Felix Renteria, Brendan Wylie, Daniel Brewster, David Ebner, Joseph Fuentes, Joshua Smith, Larry Khou, Sean Kleckner, and Sonya Sharp will, and hereby do, move for sanctions against Plaintiffs pursuant to Fed. R. Civ. P. 37(e) and the Court's inherent authority.

Due to spoliation of communications made via the Signal application regarding their protests at the Griffith Park Pony Rides, Defendants seek the terminating sanction of dismissal of all claims brought by all Plaintiffs except for Plaintiffs Jeff Fleiss and Amanda Lundberg pursuant to Fed. R. Civ. P. 37(e).

Due to Plaintiffs' spoliation of signs used at their protests at the Griffith Park Pony Rides, Defendants seek the sanction of a permissible inference jury instruction that the jury may infer that the content of the destroyed signs would have been unfavorable to Plaintiffs' claims that they were peacefully protesting and not seeking to harass or intimidate the Pony Ride patrons.

Due to both instances of spoliation, Defendants seek an award of its reasonable attorneys' fees incurred in bringing this Motion, with the amount to be determined by subsequent application.

This Motion is made following the conference of counsel pursuant to Central District of California Local Rule 7-3, which took place on August 26, 2025.

Defendants' Motion is based on this Notice of Motion, Defendants' Memorandum of Points and Authorities, the Declaration of Joseph Persoff and attached exhibits, the file

**DEFENDANTS' NOTICE OF MOTION FOR SANCTIONS DUE TO PLAINTIFFS' SPOLIATION OF EVIDENCE**

and all pleadings in this matter, any oral argument, any additional matters upon which judicial notice may be taken, and any and all other matters this Court deems just and necessary.

DATED:   September 4, 2025      Respectfully submitted,

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Asst. City Attorney
GABRIEL S. DERMER, Asst. City Attorney
CARR A. TEKOSKY, Deputy City Attorney
JOSEPH S. PERSOFF, Deputy City Attorney

By:   /s/ Joseph S. Persoff
      Joseph S. Persoff
      Deputy City Attorney
      Attorneys for Defendants
      CITY OF LOS ANGELES, et al.

2

**DEFENDANTS' NOTICE OF MOTION FOR SANCTIONS DUE TO PLAINTIFFS' SPOLIATION OF EVIDENCE**