# EXHIBIT 7



**Exhibit 7-1**



**Exhibit 7-2**

+&  You added Christina Nien Chuen.

+&  Kristi Klein (ARA) requested to join via the group link.

+&  Y Y requested to join via the group link.

### Oct 12, 2021

+&  Michael Fujimori (ARA) requested to join via the group link.

+&  Annie Abram (ARA) requested to join via the group link.

+&  You added Michael Fujimori (ARA).

+&  Michael Fujimori (ARA) requested to join via the group link.

+&  You added Annie Abram (ARA).

+&  Michael Fujimori (ARA) requested to join via the group link.

+&  Annie Abram (ARA) requested to join via the group link.

+&  You invited Sarah Segal (ARA) to the group.

+&  Denzil Rodrigues requested to join via the group link.

&✓  Maria (ARA) approved a request to join the group from Denzil Rodrigues.

+&  Y Y invited 1 person to the group.

&✓  Tyler accepted an invitation to the group from Y Y.

### Oct 13, 2021

&  Maria (ARA) changed their profile name from lovepolonine rios to the bean.

&  A R changed their profile name to ____.

&  Denzil Rodrigues changed their profile name from Joe Schmoe to Joe Schmoeski.

**Exhibit 7-3**

Oct 18, 2021

+🧍 Denzil Rodrigues invited 1 person to the group.

🧍✓ Aouie ARA accepted an invitation to the group from Denzil Rodrigues.

Oct 25, 2021

↪ A.R. left the group.

Nov 15, 2021

+🧍 You invited Tyler Kegler to the group.

🧍✓ Tyler Kegler accepted your invitation to the group.

Dec 6, 2021

+🧍 Tyler Kegler added Eric Roi.

Dec 7, 2021

+🧍 You added Annabelle B.

🧍✓ Sarah Segal (ARA) accepted your invitation to the group.

+🧍 Annabelle B invited 1 person to the group.

🧍✓ that guy with the prius accepted an invitation to the group from Annabelle B.

Dec 14, 2021

🧍 Annabelle changed their profile name to tofu_ck.

**Update**

🧍 Sean S changed their profile name to that guy with the prius.

Dec 16, 2021

**Exhibit 7-4**

+&  Tyler Kegler invited 1 person to the group.

+&  Tyler Kegler invited 1 person to the group.

&✓  Rubi Ramirez (ARA) accepted an invitation to the group from Tyler Kegler.

**Dec 22, 2021**

⊘  Safety Number with that guy with the prius has changed

> View Safety Number

**Dec 26, 2021**

↦  that guy with the prius left the group.

**Dec 28, 2021**

+&  Tyler added Alexandra Nicole.

**Feb 8, 2022**

↦  Annabelle B left the group.

**Feb 11, 2022**

⊘  Safety Number with Maria (ARA) has changed

> View Safety Number

**Feb 23, 2022**

⊘  Safety Number with Maria (ARA) has changed

> View Safety Number

&  Kristi Klein (ARA) changed their profile name from Kristi DeMaria to KK.

**Exhibit 7-5**

Feb 27, 2022

+&  Y Y added Michael.

+&  Y Y added sapiens.

Mar 1, 2022

+&  Maria (ARA) invited 1 person to the group.

&✓  Javier ARA accepted an invitation to the group from
Maria (ARA).

Mar 3, 2022

⊘  Safety Number with Christina Nien Chuen has changed

**View Safety Number**

Mar 5, 2022

+&  Tyler Kegler invited 2 people to the group.

Mar 20, 2022

+&  Tyler Kegler invited 1 person to the group.

+&  Maria (ARA) added invited member A.R..

📢  Maria (ARA) changed who can edit group info to "Only
admins."

📢  Maria (ARA) changed who can edit group info to "All
members."

Mar 24, 2022

↪  A.R. left the group.

Apr 22, 2022

+&  Tyler Kegler added A.R..

**Exhibit 7-6**

May 1, 2022

+&  You invited Michael (ARA CAFT) to the group.

May 2, 2022

&✓  Michael (ARA CAFT) accepted your invitation to the group.

May 9, 2022

↪  sapiens left the group.

May 14, 2022

+&  You added Plant.

+&  You added Unknown contact.

Jun 13, 2022

+&  Maria (ARA) invited 1 person to the group.

&✓  Joelly Jones accepted an invitation to the group from Maria (ARA).

&  Joel changed their profile name to Joelly Jones.

Jun 21, 2022

&  Kristi Klein (ARA) changed their profile name from KK to Kristi.

Jun 26, 2022

+&  Y Y invited 1 person to the group.

&✓  dumbass accepted an invitation to the group from Y Y.

Jul 11, 2022

**Exhibit 7-7**

+&  Michael Fujimori (ARA) added Sam Hirsch.

Jul 17, 2022

+&  Y Y added that guy with the prius.

+&  Y Y added listen in.

–&  Maria (ARA) removed that guy with the prius.

Jul 24, 2022

+&  Maria (ARA) added Jamie Sanders.

Jul 29, 2022

&✓  Ray accepted an invitation to the group from Tyler Kegler.

Aug 1, 2022

&  R changed their profile name to Ray.

Aug 4, 2022

⊘  Safety Number with Kristi Klein (ARA) has changed

**View Safety Number**

Aug 5, 2022

⊘  Safety Number with Aouie ARA has changed

**View Safety Number**

Aug 26, 2022

⊘  Safety Number with Tyler Kegler has changed

**View Safety Number**

**Exhibit 7-8**

Aug 31, 2022

⊘ Safety Number with Denzil Rodrigues has changed

**View Safety Number**

+≗ Maria (ARA) invited 1 person to the group.

≗✓ Stephen (ARA Pony Rides) accepted an invitation to the group from Maria (ARA).

Sep 13, 2022

+≗ Maria (ARA) invited 1 person to the group.

≗✓ jackie (they/them) accepted an invitation to the group from Maria (ARA).

↪ You left the group.

Sep 17, 2022

+≗ Maria (ARA) added you to the group.

⊘ Safety Number with listen in has changed

**View Safety Number**

Sep 26, 2022

⊘ Safety Number with listen in has changed

**View Safety Number**

Sep 27, 2022

≗ Stephen (ARA Pony Rides) changed their profile name from Steve L to Steve.

Sep 28, 2022

📢 Maria (ARA) changed who can edit group info to "Only

**Exhibit 7-9**

admins."

📢 Maria (ARA) changed who can edit group info to "All members."

📢 Maria (ARA) made you an admin.

−👤 You removed Sam Hirsch.

−👤 You removed Michael.

Oct 8, 2022

↪ Tyler left the group.

Oct 24, 2022

✓ Safety Number with listen in has changed

**View Safety Number**

Nov 5, 2022

+👤 Y Y added invited member Arameh Mirzakhanian (ARA).

Nov 6, 2022

✓ Safety Number with listen in has changed

**View Safety Number**

−👤 Maria (ARA) removed Tyler Kegler.

−👤 Maria (ARA) removed Denzil Rodrigues.

↪ listen in left the group.

Nov 13, 2022

−👤 Maria (ARA) removed Alexandra Nicole.

**Exhibit 7-10**

Nov 15, 2022

↪ Unknown contact left the group.

-👤 Maria (ARA) removed Plant.

Dec 3, 2022

🛡 Safety Number with A.R. has changed

**View Safety Number**

👤 ____ changed their profile name to A____ R____.

Dec 5, 2022

🛡 Safety Number with Arameh Mirzakhanian (ARA) has changed

**View Safety Number**

Dec 6, 2022

👤 A____ R____ changed their profile name to A • R •.

Dec 16, 2022

✏ Maria (ARA) changed the group name to "happy t3rr0riST group ".

Dec 17, 2022

🛡 Safety Number with Javier ARA has changed

**View Safety Number**

Dec 18, 2022

👤 Javier ARA changed their profile name from Javier to Javier Ramirez.

Jan 6, 2023

**Exhibit 7-11**

⊘ Stephen (ARA Pony Rides) disabled disappearing messages.

① You set the disappearing message time to 1 week.

**Jan 8, 2023**

✎ A.R. changed the group name to ".".

✎ You changed the group name to "GPPR campaign".

**Jan 15, 2023**

◯ Safety Number with A.R. has changed

**View Safety Number**

**Jan 17, 2023**

⚲ Maria (ARA) changed their profile name from the bean to el frijol.

**Feb 23, 2023**

⚲ Delia changed their profile name to Dee Z. Nutz.

**Update**

**Mar 19, 2023**

⚲ Javier ARA changed their profile name from Javier Ramirez to J.

▣ Y Y changed the group avatar.

**Apr 16, 2023**

⚲ jackie changed their profile name to jackie (they/them).

**Apr 17, 2023**

**Exhibit 7-12**



**Exhibit 7-13**



**Exhibit 7-14**



**Exhibit 7-15**