# EXHIBIT 8



**Exhibit 8-1**

Liked "I'm in their car, all four of us."

Nov 13, 2021, 1:02 PM

Awesome we need to let ray know

Nov 13, 2021, 1:02 PM

We both always come back with a bang after a initial arrest Peter haha 😂 I was always scared about not being there to look out for Maria as sickening as these park rangers are but the younger and newer activist finally got to see old school Tyler in full force haha

Nov 14, 2021, 4:59 AM

It was by design for us though but what happened to Maria was totally fucked and has me fucking pissed

Nov 14, 2021, 5:00 AM

Let's both speak truth two at a time next time and see if we can double their paper work

Nov 14, 2021, 5:01 AM

Tyler I am not discussing actions or action plans with anyone over a clear network, over SMS. Signal only.

Nov 14, 2021, 8:57 AM

**Exhibit 8-2**

My signal is messed up unfortunately I don't understand why I think I might have to start fresh with it

Nov 14, 2021, 9:54 AM

Do whatever you gotta do because we're not talking on unencrypted platforms.

Nov 14, 2021, 9:56 AM

For sure I still always prefer the most sure fire security old school face to face or pen and paper when chances are available haha 😂! I will be there the 18th

Nov 14, 2021, 9:58 AM

I fixed my signal situation

Nov 15, 2021, 8:17 PM

I'm under sunny message me

Nov 15, 2021, 8:17 PM

You said you aren't allowed at your gym. Where do have a membership just curious?

Dec 15, 2021, 10:24 AM

**Exhibit 8-3**

Dec 15, 2021, 10:34 AM

Planet Fitness

Dec 15, 2021, 10:40 AM

Dam that's bullshit. I wonder if it's a what part of town thing or not? I'm able to still go to the la fitness in the San Pedro area but people here have a more don't tread on me mentality. At the ones in Hollywood or downtown they will be all over us if we don't have a mask on for a second but here people are all over the weight room without them and no one gives a shit. Maybe I should try going to one of the ones out there just as a experiment

Dec 15, 2021, 10:44 AM

Have the keys on the way from Aouie's I'm turning my phone off though because it's about out of battery

Dec 20, 2021, 1:20 PM

What's your ETA?

Dec 20, 2021, 2:27 PM

Would I be able to ride with you from

**Exhibit 8-4**

moncler to my demo? Emily said her and Michael are having car problems so I can't ride with them so I need to make sure I'm able to make mine

Dec 26, 2021, 7:20 AM

Sure

Dec 26, 2021, 7:23 AM

Awesome I'll see you there

Dec 26, 2021, 7:28 AM

Alex also said I could ride with her I'm thinking since you both live in Hollywood it would be a good idea for us to all carpool from moncler to save on gas. What do you think?

Dec 26, 2021, 7:52 AM

I will have Emily and Michael in my car. I'm driving right now to pick them up from Pomona. With you and Alex it would be a full load. I don't mind it one bit if you guys don't mind.

Dec 26, 2021, 8:45 AM

**Exhibit 8-5**

Oh ok I'm glad you're helping them maybe I might just ride with Alex to not have it to clustered I guess we can see what she wants to do

Dec 26, 2021, 9:15 AM

I'm at Pink's but no one is here

Jan 7, 2022, 5:02 PM

Annabelle should be about there I'm running a tad late but I'm on the red line right now I'll be there shortly

Jan 7, 2022, 5:05 PM

What's your status?

Jan 8, 2022, 6:51 AM

Just got off the freeway in downtown heading up Figueroa

Jan 8, 2022, 6:52 AM

I don't know what that means, give me numbers

Jan 8, 2022, 6:53 AM

**Exhibit 8-6**

Be there in roughly 30 minutes or so

Jan 8, 2022, 6:53 AM

Took longer than anticipated for the red line to come on it now though will be there shortly. 15 minutes or so

Jan 8, 2022, 7:22 AM

On Hollywood Blvd

Jan 8, 2022, 7:39 AM

ETA 440

Feb 6, 2022, 3:45 PM

Dial 305 on the megaphone of building 1626

Feb 13, 2022, 9:33 AM

Dover Pl and glenfeliz Bl

Feb 27, 2022, 2:10 PM

Thank you

**Exhibit 8-7**

Feb 27, 2022, 2:11 PM

I'm downstairs

Apr 16, 2022, 10:26 AM

Just got out of the shower, let me put some clothes on

Apr 16, 2022, 10:31 AM

Liked "Just got out of the shower, let me put some clothes on "

Enable Reactions 👍

Apr 16, 2022, 10:36 AM

Where did you go? We're about to start.

May 14, 2022, 11:45 AM

I have a question why would you remove yourself from a group for me trying to make sure activists have self defense knowledge

Aug 16, 2022, 12:08 PM

I'm not making it tomorrow i don't have

**Exhibit 8-8**



**Exhibit 8-9**