# EXHIBIT 9

---

**peterlecki@gmail.com** <peterlecki@gmail.com>                                    Sun, Nov 13, 2022 at 2:59 PM
To: "Manik (ARA)" <8312643725@unknown.email>

Hi Manik, this is Peter. Aouie relayed to me that you're gonna be in town Thanksgiving weekend and could use a place to crash? My offer still stands.

---

**Manik (ARA)** <+18312643725@unknown.email>                                    Sun, Nov 13, 2022 at 7:28 PM
To: peterlecki@gmail.com

Hi Peter. I just got back home. Looong weekend. That's so awesome of you! I get hotels each time, which is ok.. buy I very well may take u up on it. I will probably text u next week to check. I'm very low key, just here to stand up for animals. U missed a doozy today.
Thanks Peter. I'll be in contact 👊🏽👊🏽

---

**peterlecki@gmail.com** <peterlecki@gmail.com>                                    Wed, Nov 16, 2022 at 8:43 AM
To: "Manik (ARA)" <+18312643725@unknown.email>

Hey Manik,

Are you coming down for the long weekend? If you are, I would be damn grateful if you could help me scout some new targets for the GPPR campaign.

---

**peterlecki@gmail.com** <peterlecki@gmail.com>                                    Wed, Nov 16, 2022 at 8:43 AM
To: "Manik (ARA)" <+18312643725@unknown.email>

Btw, can we move this to Signal? I'm about to start dropping incriminating details and shit ;-)

---

**Manik (ARA)** <+18312643725@unknown.email>                                    Wed, Nov 16, 2022 at 1:19 PM
To: peterlecki@gmail.com

I have to rejoin / download signal. . I believe I am coming. I need a few more days to be certain.

---

**Manik (ARA)** <+18312643725@unknown.email>                                    Wed, Nov 16, 2022 at 1:19 PM
To: peterlecki@gmail.com

I'll text u this evening with my signal info.

---

**Manik (ARA)** <+18312643725@unknown.email>                                    Sat, Nov 19, 2022 at 8:56 AM
To: peterlecki@gmail.com

Hi Peter. Manik here. I'm on signal now, with my phone number. About the long weekend... I think I am coming. I only say I think right now, because currently I am sick with the flu pretty bad. I am hoping to recover in time, but not sure yet.

---

**Manik (ARA)** <+18312643725@unknown.email>                                    Tue, Nov 22, 2022 at 7:36 PM
To: peterlecki@gmail.com

Hey Peter. So I am coming down like I planned. Would it be alright to stay that Saturday? Not sure what your other plans were for the weekend

---

**peterlecki@gmail.com** <peterlecki@gmail.com>                                    Tue, Nov 22, 2022 at 7:37 PM
To: "Manik (ARA)" <8312643725@unknown.email>

You can stay as long as you want. What day are you coming? I'm off Thursday and Friday and obviously the weekend.

PP2824.1

**Exhibit 9-1**

**Manik (ARA)** <+18312643725@unknown.email>                    Wed, Nov 23, 2022 at 9:57 AM
To: peterlecki@gmail.com

Then I may come up tomorrow in the evening. Maria told me about two events tomorrow. Timing is just weird with some people with family or friends already with plans. So I may go to the beach tomorrow during the day and can meet up with u after?

Well my other question is one of those nights probably Saturday I need to step out that evening to see a friend. Would that be alright if I return later that night?

---

**peterlecki@gmail.com** <peterlecki@gmail.com>                    Wed, Nov 23, 2022 at 11:55 AM
To: "Manik (ARA)" <8312643725@unknown.email>

There is a public potluck at a park and then an activist party at Michael's house in Pomona at 5. I'm not going to the potluck but am to the party. What time would you be at my place? You can settle in a bit and we can go to the party together if you want to join us?

No problem coming in late, I'll give you a spare key.

---

**Manik (ARA)** <+18312643725@unknown.email>                    Wed, Nov 23, 2022 at 12:49 PM
To: peterlecki@gmail.com

I was hoping to join for the party in the evening. I don't have a side.. but can cook one this evening. Just wasn't sure because I was gonna be driving several hours. Alcohol?
Well what's your address? And I can map it to see how long it'll take. Are u far from Pomona?

---

**peterlecki@gmail.com** <peterlecki@gmail.com>                    Wed, Nov 23, 2022 at 1:11 PM
To: "Manik (ARA)" <8312643725@unknown.email>

I'm about 45 minutes from Pomona.
1626 N. Poinsettia Place, Los Angeles 90046
People usually bring various alcohols. I don't drink myself so I don't bring any.

---

**Manik (ARA)** <+18312643725@unknown.email>                    Wed, Nov 23, 2022 at 2:40 PM
To: peterlecki@gmail.com

I don't drink either haha. But got some alcohol for the drinkers haha.

---

**Manik (ARA)** <+18312643725@unknown.email>                    Wed, Nov 23, 2022 at 2:53 PM
To: peterlecki@gmail.com

Alright I should be arriving by 230/3. That sound ok? Do u have plans at that time?

---

No plans. Give me a heads-up call when you're close.

PP2824.2

**Exhibit 9-2**